Submitted January 19, affirmed February 24, 2016

Agnes DeLASHMUTT,
*Plaintiff,*
*v.*

PARKER GROUP INVESTMENTS, LLC; et al.,
*Defendants,*

PARKER GROUP INVESTMENTS, LLC;
Jeffrey Parker; and Bill Wilt,
*Third-Party Plaintiffs-Respondents,*
*v.*

Kameron DeLASHMUTT,
*Third-Party Defendant-Appellant,*
*and*

GENESIS DEVELOPMENT GROUP, LLC; et al,
*Third-Party Defendants.*

Deschutes County Circuit Court
11CV0406AB; A157671

368 P3d 83

Gary Underwood Scharff and Law Office of Gary Underwood Scharff filed the briefs for appellant.

Thomas A. Larkin, Tyler J. Storti, and Steward Sokol & Larkin LLC filed the brief for respondents Parker Group Investments, LLC, and Jeffrey Parker.

Craig A. Nichols and Nichols & Associates filed the brief for respondent Bill Wilt.

Before Armstrong, Presiding Judge, and Egan, Judge, and Lagesen, Judge.

PER CURIAM

Affirmed. *DeLashmutt v. Parker Group Investments, LLC,* 276 Or App 42, 366 P3d 769 (2016).